IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAMMUON EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-345-WKW |
| | ) | [WO] |
| NANCY BUCKNER, in her official | ) | |
| capacity as Commissioner for the | ) | |
| Alabama Department of Human | ) | |
| Resources for the State of Alabama | ) | |
| and as an officer within the Alabama | ) | |
| Children's Policy Council; | ) | |
| ZACHARY COLLINS, in his official | ) | |
| capacity as Chairman of the Russell | ) | |
| County Children's Policy Council for | ) | |
| the State of Alabama and Russell | ) | |
| County; BARBARA COOPER, in | ) | |
| her official capacity, Secretary of the | ) | |
| Department of Early Childhood | ) | |
| Education for the State of Alabama | ) | |
| and as Chairman of the Alabama | ) | |
| Children's Policy Council; KAY | ) | |
| IVEY, in her official capacity as | ) | |
| Governor of the State of Alabama, | ) | |
| Chairman of the State Board of | ) | |
| Human Resources and as an officer | ) | |
| within the Alabama Children's Policy | ) | |
| Council; ALLISON BRYARS, in his | ) | |
| official capacity as Director of the | ) | |
| Russell County Department of | ) | |
| Human Resources and as member of | ) | |
| the Russell County Children's Policy | ) | |
| Council; and TOM PARKER, in his | ) | |
| official capacity as Administrative | ) | |
| Head of the Alabama Judicial System | ) | |

and in his capacity as Vice-Chairman )
of the Alabama Children's Policy )
Council, )
                                                                              )
               Defendants. )

## **ORDER**

On December 13, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 66.) Based upon an independent review of the Recommendation, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1)     The Recommendation (Doc. # 66) is ADOPTED;

(2)     Defendants' Motions to Dismiss (Docs. # 25, 33, 45, 48, 54) are GRANTED; and

(3)     Plaintiff's action is DISMISSED with prejudice.

DONE this 28th day of December, 2021.

                                                      /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE