IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAMMUON EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-345-WKW |
| | ) | [WO] |
| NANCY BUCKNER, in her official capacity as Commissioner for the Alabama Department of Human Resources for the State of Alabama and as an officer within the Alabama Children's Policy Council; ZACHARY COLLINS, in his official capacity as Chairman of the Russell County Children's Policy Council for the State of Alabama and Russell County; BARBARA COOPER, in her official capacity, Secretary of the Department of Early Childhood Education for the State of Alabama and as Chairman of the Alabama Children's Policy Council; KAY IVEY, in her official capacity as Governor of the State of Alabama, Chairman of the State Board of Human Resources and as an officer within the Alabama Children's Policy Council; ALLISON BRYARS, in his official capacity as Director of the Russell County Department of Human Resources and as member of the Russell County Children's Policy Council; and TOM PARKER, in his official capacity as Administrative Head of the Alabama Judicial System | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| and in his capacity as Vice-Chairman of the Alabama Children's Policy Council, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

On December 13, 2021, the Magistrate Judge filed a Recommendation. (Doc. # 66.) On December 28, 2021, the court adopted the Recommendation after no objections were filed (Doc. # 74) and entered final judgment (Doc. # 75). On December 29, 2021, Plaintiff's objection to the Recommendation was received and docketed. (Doc. # 78.) The objection is timely.[1]

Accordingly, it is ORDERED that the December 28, 2021 Order (Doc. # 74) and the final judgment (Doc. # 75) are VACATED.

DONE this 3rd day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] "Under the prison mailbox rule, a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing. Absent evidence to the contrary, [courts] assume that the prisoner's filing was delivered to prison authorities the day he signed it." *Daker v. Comm'r, Ga. Dep't of Corrs.*, 820 F.3d 1278, 1286 (11th Cir. 2016) (cleaned up).