IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAMMUON EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-345-WKW |
| | ) | [WO] |
| NANCY BUCKNER, in her official capacity as Commissioner for the Alabama Department of Human Resources for the State of Alabama and as an officer within the Alabama Children's Policy Council; ZACHARY COLLINS, in his official capacity as Chairman of the Russell County Children's Policy Council for the State of Alabama and Russell County; BARBARA COOPER, in her official capacity, Secretary of the Department of Early Childhood Education for the State of Alabama and as Chairman of the Alabama Children's Policy Council; KAY IVEY, in her official capacity as Governor of the State of Alabama, Chairman of the State Board of Human Resources and as an officer within the Alabama Children's Policy Council; ALLISON BRYARS, in his official capacity as Director of the Russell County Department of Human Resources and as member of the Russell County Children's Policy Council; and TOM PARKER, in his official capacity as Administrative Head of the Alabama Judicial System | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

and in his capacity as Vice-Chairman )
of the Alabama Children's Policy )
Council, )
)
          Defendants. )

## ORDER

On December 13, 2021, the Magistrate Judge filed a Recommendation (Doc. # 66) to which Plaintiff timely objected (Doc. # 78). Based upon a *de novo* review of the Recommendation, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1)    Plaintiff's objection (Doc. # 78) is OVERRULED;

(2)    The Recommendation (Doc. # 66) is ADOPTED;

(2)    Defendants' Motions to Dismiss (Docs. # 25, 33, 45, 48, 54) are GRANTED;

(3)    Plaintiff's action is DISMISSED with prejudice; and

(4)    Plaintiff's motion for leave to file a second amended complaint (Doc. # 76) is DENIED.

Final judgment will be entered separately.

DONE this 3rd day of January, 2022.

                                    /s/ W. Keith Watkins
                             UNITED STATES DISTRICT JUDGE